IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02412-REB-KLM

KRISTIN MCINTOSH,

    Plaintiff,

v.

NPC INTERNATIONAL, INC., a Kansas corporation d/b/a PIZZA HUT #4836, and CTW, LLC, a Colorado limited liability company,

    Defendant.

_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Defendants' **Motion to Attend Scheduling/Planning Conference Via Telephone** [Docket No. 23; Filed November 26, 2012] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#23] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that Defendants' counsel may appear by telephone at the Scheduling Conference on December 3, 2012 at 10:00 a.m.[1] by dialing the Court at **303-335-2770**. The parties must initiate a conference call among themselves before dialing the Court.[2]

Dated: November 26, 2012

---

[1] The Scheduling Conference was reset to December 3, 2012 at 10:00 a.m., not 9:30 a.m. as stated by Defendants, in a Minute Order dated November 7, 2012 [#19].

[2] Plaintiff's counsel was granted leave to appear telephonically in a Minute Order dated November 21, 2012 [#22].