IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02412-REB-KLM

KRISTIN MCINTOSH,

      Plaintiff,

v.

NPC INTERNATIONAL, INC., a Kansas corporation d/b/a PIZZA HUT #4836, and
CTW, LLC, a Colorado limited liability company,

      Defendant.

_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Plaintiff's unopposed **Motion for Leave to Amend the Complaint and Incorporated Memorandum of Law** [Docket No. 26; Filed November 29, 2012] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion [#26] is **GRANTED**.  Accordingly,

      IT IS HEREBY **ORDERED** that Plaintiff's Amended Complaint [#26-1] is accepted for filing as of the date of this Minute Order.

      IT IS FURTHER **ORDERED** that Defendant shall answer or otherwise respond to Plaintiffs' Amended Complaint on or before **December 17, 2012**.

      Dated:  December 3, 2012