# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 12-cv-02412-REB-KLM

KRISTIN MCINTOSH,

    Plaintiff,

v.

NPC INTERNATIONAL, INC., a Kansas corporation, d/b/a Pizza Hut #4836, and CTW, LLC, a Colorado limited liability company,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Notice of Voluntary Dismissal With Prejudice** [#44][1] filed August 2, 2013. After reviewing the notice and the record, I conclude that the notice should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Voluntary Dismissal With Prejudice** [#44] filed August 2, 2013, is **APPROVED**;

2. That the Final Pretrial Conference and Trial Preparation Conference set October 4, 2013, are **VACATED**;

3. That the trial to the court, set to commence October 7, 2013, is **VACATED**;

---

[1] "[#44]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

and

    4.  That this action is **DISMISSED WITH PREJUDICE**.

Dated August 2, 2013, at Denver, Colorado.

                                                **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge